**No. 45275.**—Protests 37894–K, etc., of General Dyestuff Corp. (New York).

Opinion by Brown, J. In accordance with stipulation of counsel the chemical substance in question was held dutiable at 2.85 cents (95 percent of 3 cents) per pound under section 702, Revenue Act of 1938, as claimed.